AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>DONALD PHILLIP HENSON<br><br>*Defendant(s)* | Case No.  25-mj-1584 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 17, 2025 in the county of Allegheny in the Western District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1361 | Damaging Government Property or Contracts |
| Title 18, United States Code, Sections 111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:
Please see attached Affidavit.

☑ Continued on the attached sheet.

/s/ Sarah Esposito
*Complainant's signature*

Special Agent Sarah Esposito, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/17/2025

*Judge's signature*

City and state:  Pittsburgh, Pennsylvania     Hon. Christopher B. Brown, U.S. Magistrate Judge
*Printed name and title*