IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 25-1584 |
| DONALD PHILLIP HENSON | |

MOTION FOR ARREST WARRANT
BASED UPON A CRIMINAL COMPLAINT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said District, and, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant, DONALD PHILLIP HENSON, upon the grounds that a Criminal Complaint has been made under oath in the above-captioned criminal case, establishing probable cause that the defendant committed Damaging Government Property or Contracts, in violation of Title 18, United States Code, Section 1361, and Assaulting, Resisting, or Impeding Certain Officers or Employees, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

Recommended bond:   Detention.

                                              Respectfully submitted,

                                              TROY RIVETTI
                                              Acting United States Attorney

By:   */s/ Nicole Vasquez Schmitt*
       NICOLE VASQUEZ SCHMITT
       Assistant U.S. Attorney
       PA ID No. 320316