IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 25-1584 |
| DONALD PHILLIP HENSON | |

O R D E R

AND NOW, to wit, this 17th day of September, 2025, upon consideration of the Motion for Arrest Warrant based upon a Criminal Complaint, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant, DONALD PHILLIP HENSON.

Bond shall be set by the United States Magistrate Judge.

_____
HONORABLE CHRISTOPHER B. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:  United States Attorney