**RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE**

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE'S DOCKET NO.: 2:25-mj-01584-CBB |
| vs | DATE OF COMPLAINT: 9/17/2025 |
| DONALD PHILLIP HENSON | CRIMINAL DOCKET NO.: |
| | DATE OF INDICTMENT: |
| | ORIGINATING DISTRICT (if applicable): |

DATE ARRESTED: 9/17/2025

## INITIAL APPEARANCE

| | | | | | |
|---|---|---|---|---|---|
| Presiding | [X] BROWN | [ ] DODGE | Date: 9/17/2025 | CD #: |
| Magistrate | [ ] KELLY | [ ] LANZILLO | Time: 3:47 pm – 4:00 pm | Court Reporter: |
| Judge | [ ] PESTO | [ ] TAYLOR | | |

U.S. ATTORNEY: NICOLE VASQUEZ SCHMITT, ESQ.    INTERPRETER:

**1. RIGHTS EXPLAINED**

[ ] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available

[X] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

**2. COMPLAINT/INDICTMENT/INFORMATION**

[X] Read    [ ] Summarized    [ ] Reading waived

[ ] Defendant provided with a copy of the charges

[X] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**

[X] Read    [ ] Summarized    [ ] Reading waived

**4. COUNSEL**

[ ] Defendant requested appointment    [ ] Defendant waived appointment

[X] Defendant represented by: SARAH LEVIN, ESQ., for today's proceeding only

[ ] Defendant expects to retain:

[ ] Affidavit executed.

[ ] Not Qualified    [ ] Qualified    [ ] With possible requirement for partial or full payment

[X] Federal Public Defender provisionally appointed pending submission of a financial affidavit

[ ] CJA Panel Attorney _____ appointed

**5. BAIL**

Recommended Bond:

Bond Set at:

[ ] By Consent    Additional Conditions Imposed:

[ ] By Magistrate Judge

[X] Temporary Commitment issued    [ ] Final Commitment issued

Bond/Detention Hearing set for: Monday, 9/22/25 at 1:30pm before Judge Brown

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Preliminary Exam set for: 9/22/2025 at 1:30 pm    before Magistrate Judge Brown.