IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
V. ) Magistrate No. 25-MJ-1584
)
DONALD PHILLIP HENSON )

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW this __18th__ day of __September__, _2025_, the above named defendant having appeared before this Court and having been sworn to testify truthfully as to his/her financial ability to hire counsel and the Court being satisfied as a result thereof that the above named defendant is financially unable to obtain counsel and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1001 Liberty Avenue, Suite 1500, Pittsburgh, Pennsylvania 15222, telephone number (412) 644-6565, is hereby appointed to represent the individual in all matters pertaining to this action.

PRIMARY COUNSEL:    Linda E.J. Cohn

PA Attorney ID #

_____
Christopher B. Brown
United States Magistrate Judge