IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Magistrate No. 25-mj-1584 |
| ) | |
| DONALD PHILLIP HENSON ) | |

**MOTION TO CONTINUE DETENTION HEARING
AND PRELIMINARY HEARING**

Donald Phillip Henson files this Motion to Continue Detention Hearing and Preliminary Examination. In support, he states:

1. On September 17, 2025, an Initial Appearance was held in the above-captioned case.

2. At that time, Mr. Henson was scheduled to appear for a Detention Hearing and Preliminary Examination on Monday, September 22, 2025 at 1:30 p.m. before this Honorable Court.

3. Undersigned counsel needs additional time to consult with Mr. Henson and to determine a potential release plan.

4. Based on the above, undersigned counsel respectfully asks that the detention hearing and preliminary examination be continued to a date and time convenient for the Court.

WHEREFORE, for the foregoing reason, the defendant, Donald Phillip Henson, respectfully asks this Honorable Court for a continuance of the detention hearing and preliminary hearing.

Respectfully submitted,


*/s/ Linda E.J. Cohn*
Linda E.J. Cohn
Assistant Federal Public Defender