IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | Magistrate No. 25-mj-1584 |
| ) | |
| DONALD PHILLIP HENSON ) | |

## **ORDER OF COURT**

AND NOW, this _____ day of September, 2025, upon consideration of this Motion to Continue Detention Hearing and Preliminary Examination, it is hereby ORDERED that this motion is GRANTED; and

It is further ORDERED that Mr. Henson's Detention Hearing and Preliminary Examination currently scheduled for **Monday, September 22, 2025 at 1:30 p.m.** is continued until _____ , 2025 at _____ a.m./p.m. before the undersigned.

_____
United States Magistrate Judge

cc:   Counsel of Record